ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
ADRIENNE ZACK (CANB 291629)
Assistant United States Attorney

　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102-3495
　　Telephone: (415) 436-7298
　　FAX: (415) 436-6748
　　Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YUEYING LU,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DIRECTOR SF ASYLUM OFFICE, *et al.*,<br><br>　　　　　Defendants. | 4:23-cv-00854 DMR<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

　　The parties, through their undersigned attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") re-interviewed the Plaintiff on January 2, 2024. USCIS is finalizing the decision on Plaintiff's asylum application.

　　Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 4, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-(i)(3), the filer of this document attests

that all signatories listed herein concur in the filing of this document.

Dated: February 12, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Adrienne Zack
ADRIENNE ZACK
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 12, 2024

 /s/ Ke Ye
KE YE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 13, 2024

DONNA M. RYU
United States Chief Magistrate Judge

Joint Status Report
4:23-cv-00854 DMR                                          2